JS-6

1  BILAL A. ESSAYLI
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  MARLA K. LETELLIER (CSBN 234969)
7  Special Assistant United States Attorney
   Office of Program Litigation, Office 7
8  Office of the General Counsel
9  Social Security Administration
   6401 Security Boulevard
10 Baltimore, MD 21235
11 Telephone: (415) 977-8928
   Marla.Letellier@ssa.gov
12 Attorneys for Defendant

13

                   UNITED STATES DISTRICT COURT
14
                  CENTRAL DISTRICT OF CALIFORNIA
15

16 | IMELDA MOLINA,                | Case No. 5:25-cv-00041-BFM |
17 |                               |                            |
18 |          Plaintiff,           |                            |
   |     vs.                       | JUDGMENT RE  VOLUNTARY     |
19 |                               | REMAND PURSUANT TO         |
20 | LELAND DUDEK,                 | SENTENCE  FOUR OF 42 U.S.C. § |
   | Acting Commissioner of Social | 405(G)                     |
21 | Security,[1]                  |                            |
22 |                               |                            |
   |          Defendant.           |                            |

23

24 _____

25      [1] Leland Dudek became the Acting Commissioner of Social Security on
   February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure,
26 Leland Dudek should be substituted for Michelle King as the defendant in this suit.
   No further action need be taken to continue this suit by reason of the last sentence
27 of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Judgment Re. Remand                   Page 1

1
2
3
4

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECRESS that judgment be entered for Plaintiff.

Dated this 30th day of APRIL, 20 25 .

5
6
7
8

_____
Hon. Brianna Fuller Mircheff
United States Magistrate Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27